Name: David Harold Moore
Address: 2767 Cherrydale Falls Drive
Henderson, NV 89052
Phone Number: (702) 492-0493
E-mail Address: LUVRulesinc@gmail.com
Pro Se

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Steep Hill Laboratories, inc., and Jmichaele Keller,

    Plaintiff,

vs.

David Harold Moore; and Does 1 through 10, inclusive,

    Defendant.

Case Number: CV 18 0373 LB

[~~PROPOSED~~] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: January 19, 2018

_____
United States ~~District~~/Magistrate Judge