DAVID HAROLD MOORE
2767 Cherrydale Falls Drive
Henderson, NV 89052
Telephone: (702) 492-0493
E-mail: kellerlitigation@gmail.com
*Defendant in propria persona*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Steep Hill Laboratories, Inc., Jmichaele Keller,     Plaintiffs,<br><br>v.<br><br>David Harold Moore, Does 1 through 10, inclusive,     Defendants. | Case No. 3:18-cv-00373-LB<br><br>NOTICE OF CONSENT TO MAGISTRATE JUDGE JURISDICTION<br><br>**Judge:**    Hon. Laurel Beeler |

CONSENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,
/s/ David Harold Moore
David Harold Moore
January 23, 2018
Defendant