DAVID HAROLD MOORE
    2767 Cherrydale Falls Drive
    Henderson, NV 89052
    Telephone: (702) 492-0493
    E-mail: kellerlitigation@gmail.com
Defendant *in propria persona*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Steep Hill Laboratories, Inc.,<br>Jmichaele Keller,<br>    Plaintiffs,<br><br>    *v.*<br><br>David Harold Moore,<br>Does 1 through 10, inclusive,<br>    Defendants. | **Case No. 3:18-cv-00373-LB**<br><br>**NOTICE OF APPEAL**<br><br>**Judge:**    Hon. Laurel Beeler |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that I, David H. Moore, defendant in the above-captioned case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order docketed at ECF No. 41, titled Order (1) Denying Defendant's Anti-SLAPP Motion to Strike Complaint, (2) Granting in Part and Denying in Part Defendant's Motion to Dismiss, and (3) Denying Plaintiffs' Motion for a Preliminary Injunction, entered in this action on the eighth day of March, 2018, to the extent that it denies my special motion to strike docketed at ECF No. 8.

Respectfully submitted,
/s/ David Harold Moore
David Harold Moore
March 12, 2018
Defendant