1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| STEEP HILL LABORATORIES, INC, et al., | Case No. 18-cv-00373-LB |
| Plaintiffs, | |
| v. | **ORDER GRANTING STAY OF PROCEEDINGS PENDING APPEAL OF ORDER DENYING ANTI-SLAPP MOTION TO STRIKE** |
| DAVID HAROLD MOORE, | |
| Defendant. | Re: ECF No. 46 |

On March 8, 2018, the court issued an order that, among other things, denied defendant David Harold Moore's motion to strike the plaintiffs' complaint under the California "anti-SLAPP" law (California Code of Civil Procedure § 425.16). *Steep Hill Labs., Inc. v. Moore*, No. 18-cv-00373-LB, 2018 WL 1242182 (N.D. Cal. Mar. 8, 2018). Mr. Moore has filed an appeal to the Ninth Circuit. Mr. Moore then filed a motion in this court asking it to confirm that his appeal automatically stayed this case or, in the alternative, asking the court to stay this case.

A federal district court's denial of a California anti-SLAPP motion to strike is immediately appealable. *Hilton v. Hallmark Cards*, 599 F.3d 894, 900 (9th Cir. 2010). "Notice of an appeal of such an order divests the lower court of 'control over those aspects of the case involved in the appeal,' unless the lower court finds the appeal frivolous." *Piping Rock Partners, Inc. v. David Lerner Assocs., Inc.*, No. C 12-04634 SI, 2013 WL 3458215, at *1 (N.D. Cal. July 9, 2013) (quoting *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982)). "However, the

standard for a frivolous appeal 'is quite high,' and frivolity should be found in cases where the appeal is either 'wholly without merit' or the outcome is 'obvious.'" *Id.* (quoting *Moser v. Encore Capital Grp., Inc.*, No. 04CV2085-LAB (WMc), 2007 WL 1114113, at *3 (N.D. Cal. Mar. 27, 2007)). While the court obviously believes its ruling on Mr. Moore's anti-SLAPP motion to strike was correct, it cannot say that Mr. Moore's appeal of that order is frivolous or wholly without merit. The court must therefore stay the proceedings while Mr. Moore's appeal is pending.

**IT IS SO ORDERED.**

Dated: May 14, 2018

_____
LAUREL BEELER
United States Magistrate Judge