VEDDER PRICE (CA), LLP
Heather M. Sager, Bar No. 186566
hsager@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
T: +1 415 749 9500
F: +1 415 749 9502

Attorney for Plaintiffs
STEEP HILL LABORATORIES, INC. and
JMICHAELE KELLER

David H. Moore (*pro per*)
kellerlitigation@gmail.com
2767 Cherrydale Falls Drive
Henderson, NV 89052
T: +1 702 492 0493

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEP HILL LABORATORIES, INC., and JMICHAELE KELLER,<br><br>Plaintiffs,<br><br>v.`<br><br>DAVID H. MOORE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 3:18-cv-00373-LB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PARTICIPATION IN EXTENDED TELEPHONIC CASE MANAGEMENT CONFERENCE**<br><br>Trial Date: None set.<br>Date Action Filed: December 20, 2017 |

Plaintiffs Steep Hill Laboratories, Inc. and JMichaele Keller (collectively, "Plaintiffs) and Defendant David H. Moore ("Defendant") (collectively, the "Parties"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, via the Court's comments at the March 14, 2019 Case Management Conference in this matter, as memorialized in part in the Court's March 15, 2019 Order, United States District Judge Laurel Beeler offered to conduct an extended telephonic Case Management Conference with the Parties to attempt to advance settlement potential, in the event the Parties

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP & PROPOSED ORDER REGARDING
EXTENDED TELEPHONIC CMC
[CASE NO. 3:18-CV-00373-LB]

SAN_FRANCISCO/#68448.1

believed such effort would be helpful and were not otherwise able to make headway on their own;

WHEREAS, the Parties have met and conferred about settlement following the March 14 Case Management Conference;

WHEREAS, from September 14, 2018 to present, Defendant has not changed his position on settlement;

WHEREAS the Parties would like to accept the Court's offer to conduct an interim extended telephonic Case Management Conference to try to assist the Parties in reaching a resolution .

THEREFORE, the Parties hereby respectfully request that the Court calendar such extended conference to occur as is feasible with the Court's calendar.  Counsel for Plaintiffs is not, however, available April 5 through 15, 2019 inclusive.

**IT IS SO STIPULATED.**

Dated: March 29, 2019　　　　　　　　　　VEDDER PRICE (CA), LLP


By:/s/Heather M. Sager
　　Heather M. Sager

Attorney for Plaintiffs
STEEP HILL LABORATORIES, INC. and
JMICHAELE KELLER


Dated: March 29, 2019　　　　　　　　　　DAVID H. MOORE


By: /s/David H. Moore
Defendant David H. Moore

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIP & PROPOSED ORDER REGARDING
EXTENDED TELEPHONIC CMC
[CASE NO. 3:18-CV-00373-LB]

SAN_FRANCISCO/#68448.1

**PROPOSED ORDER**

Having read and considered the Parties' Stipulation and Proposed Order Regarding Extended Case Management Conference and good cause appearing, it is hereby ordered that this matter be calendared for a Case Management Conference not to exceed one hour, at which all parties may appear telephonically, to be held at _____ a.m./p.m. in Department _____. Parties to make arrangements for attendance via Court Call no later than _____ days in advance of the conference.

Dated: _____, 2019    By: _____
                                    Magistrate Judge Laurel Beeler

Vedder Price (CA), LLP
Attorneys at Law
San Francisco

- 3 -

STIP & PROPOSED ORDER REGARDING
EXTENDED TELEPHONIC CMC
[CASE NO. 3:18-CV-00373-LB]

SAN_FRANCISCO/#68448.1