1  DAVID HAROLD MOORE
       2767 Cherrydale Falls Drive
2      Henderson, NV 89052
       Telephone: (702) 492-0493
3      E-mail: kellerlitigation@gmail.com
   *Defendant in propria persona*
4

5          UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF CALIFORNIA
6               SAN FRANCISCO DIVISION

7                                          Case No. 3:18-cv-00373-LB
8  Steep Hill Laboratories, Inc.,          REQUEST FOR TELEPHONIC
   Jmichaele Keller,                       APPEARANCE
9          Plaintiffs,

10         v.                              Date:    May 16 , 2019
                                           Time:    11:00 a.m.
11 David Harold Moore,                     Room:    Courtroom C - Floor 15
   Does 1 through 10, inclusive,                    450 Golden Gate Ave.
12         Defendants.                              San Francisco, CA 94102

13 ─────────────────────────────           Judge:   Hon. Laurel Beeler
   David Harold Moore,
14         Counterclaimant and
           Third-Party Plaintiff,
15
           v.
16
   Jmichaele Keller
17     a/k/a James Michael Keller,
   Steep Hill Laboratories, Inc.,
18         Counter-Defendants,

19 Does 11 through 21, inclusive,
           Third-Party Defendants.
20

21 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

22     I, David Harold Moore, defendant in the above-captioned case, respectfully request

23 pursuant to the above-captioned judge's Procedures for Telephone Appearances for an order

24 allowing me to appear by telephone at the above-captioned Case Management Conference. This

25 request is made on the basis that it would be unduly burdensome for me, as an indigent person to

26 travel in person from Henderson, Nevada to San Francisco. In addition, a telephonic appearance

27 would be sufficient.

                              1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Respectfully submitted,
/s/ David Harold Moore
David Harold Moore
May 10, 2019
Defendant

2

**D**ECLARATION

I, David Harold Moore, declare as follows:

1.      I am over 18 years old and I make this declaration on the basis of my personal knowledge of the facts set forth below, with the exception of whichever facts may be stated on information and belief. Nonetheless, I believe those facts to be true. If called upon to testify, I could and would testify competently in support of each and every single fact stated herein.

2.      I am the self-represented defendant in this case, and write and file this declaration in support of the attached administrative motion.

3.      Pursuant to Civil Local Rule 7-5(a), I declare that all factual contentions made in support of my attached administrative motion are true and correct.

4.      Pursuant to Civil Local Rule 7-11(a), I could not obtain a stipulation in time because I had only 7 days from the time of service per Fed. R. Civ. P. 81(c)(2)(C) to file my answer, and I only had one day left. I also felt it was futile due to certain previous actions of adverse counsel intended to increase the costs of litigation for me, such as refusing to accept electronic service except for one specific file. Moreover, this request concerns the Court alone and I believe that it is properly brought without a stipulation.

5.      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted,
/s/ David Harold Moore
David Harold Moore
May 10, 2019
Defendant

3