UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEEP HILL LABORATORIES, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID HAROLD MOORE, <br><br> Defendant. | Case No. 18-cv-00373-LB <br><br> **ORDER TO AUTHORIZE TRANSCRIPT OF FTR RECORD** |

On April 4, 2019, the court held a hearing in this action. A transcript is needed for the recording at 1:04 - 1:24. Accordingly, the court directs an authorized transcriber to prepare the transcript of this proceeding on the following basis:

    (X)  Ordinary (within 30 days @ $3.65 per page).
    ( )  14-Day (within 14 days @ $4.25 per page).
    ( )  Expedited (within 7 days @ $4.85 per page).
    ( )  Daily (overnight @ $6.05 per page).
    ( )  Hourly (within 2 hrs @ $7.25 per page).

The court also directs the Clerk to pay the reporter the cost of preparing the transcript at the rate shown above and in accordance with the requirements of the Judicial Conference of the United States, as set forth in the Guide to Judiciary Policies and Procedures.

**IT IS SO ORDERED.**

Dated: May 20, 2019

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (18-cv-00373-LB)