VEDDER PRICE (CA), LLP
Heather M. Sager, Bar No. 186566
hsager@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
T: +1 415 749 9500
F: +1 415 749 9502

Attorney for Plaintiffs
STEEP HILL LABORATORIES, INC. and
JMICHAELE KELLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEP HILL LABORATORIES, INC., and JMICHAELE KELLER,<br><br>Plaintiffs,<br><br>v.`<br><br>DAVID H. MOORE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 3:18-cv-00373-LB<br><br>**PLAINTIFFS' CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date: August 22, 2019<br>Time: 11:00 a.m.<br><br>Trial Date: None set.<br>Date Action Filed: December 20, 2017 |

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SAN_FRANCISCO/#73820.1

PLS' CM STATEMENT & REQUEST FOR
CONTINUANCE OF CMC
[CASE NO. 3:18-CV-00373-LB]

The parties agree that the Court has subject matter jurisdiction over all claims and counterclaims pursuant to 28 U.S.C. §§ 1332(a)(3). No issues exist regarding personal jurisdiction or venue. All named parties have been served.

On December 20, 2017, Keller and Steep Hill filed a complaint against Defendant/Counter-Claimant David H. Moore ("Moore") in Alameda County Superior Court for (1) defamation, (2) invasion of privacy, (3) intentional interference with economic relations, (4) intentional interference with contractual relations, (5) civil stalking, (6) breach of contract and (7) intentional infliction of emotional distress. On January 4, 2018, Plaintiffs also obtained a temporary restraining order ("TRO") prohibiting Moore from (1) maintaining any website including defamatory statements about Plaintiffs, including taking down the website http://davidhmoore.weebly.com/meeting-matrix.html and all related content; (2) distributing any type of defamatory communication about Plaintiffs, including flyers and e-mails; and (3) going within 100 feet of Plaintiff Keller or of Steep Hill Laboratories, Inc.'s business address. Defendant removed this case to the Northern District of California and filed an Anti-SLAPP motion, which was denied, with the denial upheld on appeal. Defendant then filed cross-claims against Steep Hill and Keller, stemming almost exclusively from Keller and Defendant's prior business relationship, which ended in 2002. Keller is no longer employed by Steep Hill or serving in any managerial or operational capacity for the business. Keller regularly resides in the Netherlands. Moore regularly resides in Nevada.

The parties negotiated the terms of a settlement in around August 30, 2018. Moore, however, refused to sign a long-form agreement memorializing the terms agreed upon via email correspondence. On April 4, 2019, the parties participated in a telephonic Settlement Conference before Hon. Laurel Beeler, at the close of which Moore agreed to accept the terms of the previously-negotiated settlement. The only differing term was a lower cash payment to Mr. Moore than had previously been negotiated. At the close of the Conference, Judge Beeler read the material terms of the agreement into the record, with the parties to formalize a written, long-form, agreement thereafter. On April 4, 2019, counsel for Plaintiffs circulated a proposed long-

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLS' CM STATEMENT & REQUEST FOR
CONTINUANCE OF CMC
[CASE NO. 3:18-CV-00373-LB]

SAN_FRANCISCO/#73820.1

form agreement to all parties (Moore, Steep Hill, and Keller), seeking signature on same. None of the parties have signed the agreement to date.

    Given the foregoing, Plaintiffs respectfully ask that this Court postpone the scheduled Case Management Conference for 45 days to afford the parties time to attempt to informally resolve this issue without requiring motion practice. Plaintiffs hope to avoid incurring the expense associated with continued Court involvement.

Dated: August 7, 2019　　　　　　　　　　　　VEDDER PRICE (CA), LLP

By: /s/ Heather M. Sager
    Heather M. Sager

Attorney for Plaintiffs
STEEP HILL LABORATORIES, INC. and
JMICHAELE KELLER

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 3 -

PLS' CM STATEMENT & REQUEST FOR
CONTINUANCE OF CMC
[CASE NO. 3:18-CV-00373-LB]

SAN_FRANCISCO/#73820.1