UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| STEEP HILL LABORATORIES, INC, et al., | Case No. 18-cv-00373-LB |
|---|---|
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| DAVID HAROLD MOORE, | |
| Defendant. | |

The parties had a settlement conference with the court and agreed to a settlement, with the material terms on the record, on April 4, 2019.[1] The court retained jurisdiction to enforce the terms of the settlement.[2] On October 15, 2019, the court asked the parties to provide a status update by December 5, 2019.[3] None of the parties provided an update.[4] On December 8, 2019, the court reminded the parties that a settlement agreement reached on the record is a complete, enforceable agreement even if the parties did not reduce it to writing, that the court has the inherent power summarily to enforce a settlement agreement involving an action pending before it, and that the

---

[1] Minute Entry – ECF No. 111; Tr. – ECF No. 101. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Tr. – ECF No. 101 at 9–10.

[3] Clerk's Notice – ECF No. 109.

[4] *See* Docket.

ORDER – No. 18-cv-00373-LB

court was inclined to dismiss this case in light of the settlement.[5] The court asked the parties to provide a status update by December 10, 2019.[6] None of the parties provided an update.[7]

In light of the fact that the parties reached a complete settlement on the record and that none of the parties has shown cause why this case should remain open, the court dismisses and closes this case. The court retains jurisdiction to enforce the terms of the settlement.

**IT IS SO ORDERED.**

Dated: December 11, 2019

_____
LAUREL BEELER
United States Magistrate Judge

---

[5] Order – ECF No. 112.

[6] *Id.*

[7] *See* Docket.