1  **David Harold Moore**
2  2767 Cherrydale Falls Drive
   Henderson, NV 89052
   Telephone: (702) 492-0493
3  E-mail: kellerlitigation@gmail.com
   Defendant *in propria persona*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DISTRICT

| | |
|---|---|
| **Steep Hill Laboratories, Inc.** *et. al.* Plaintiffs, v. **David Harold Moore,** Defendant. | Case No. 3:18-cv-00373-LB **NOTICE OF MOTION AND MOTION TO ENTER MONEY JUDGMENT PURSUANT TO SETTLEMENT AGREEMENT** **Date:** January 30, 2020 **Time:** 9:30 a.m. **Room:** Courtroom C - Floor 15 450 Golden Gate Ave. San Francisco, CA 94102 **Judge:** Hon. Laurel Beeler |

**NOTICE OF MOTION AND MOTION**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on January 30, 2020, at 9:30 a.m. at the above-captioned Court, or as soon thereafter as the matter may be heard, I, defendant and counter-claimant David Harold Moore, will and hereby do move before the Honorable Magistrate Judge Laurel Beeler for an order entering a money judgment on the basis of the on-the-record settlement agreement reached on April 4, 2019 and entering judgment on the basis of that settlement agreement.

| | |
|---|---|
| Dated: December 24, 2019 | By: /s/ David Harold Moore |
| | David Harold Moore |
| | Defendant and Counterclaimant |

## MEMORANDUM OF POINTS AND AUTHORITIES

On April 4, 2019, the parties agreed to a settlement agreement, of which the terms are confidential. *See* ECF No. 92. However, I have over the past few months made numerous attempts to call counsel for Plaintiffs and otherwise communicate with them regarding the signing and implementation of the settlement agreement. They will not return my phone calls and refuse to enter into joint case management statements. As such, I would like to obtain a judgment memorializing the monetary part of the settlement agreement so that the judgment may be enforced, the amount contained on page 3, line 11 of the transcript of the settlement discussion.

However, I am unsure as to the extent of the confidentiality agreement, and would not want to breach it by disclosing the amount publicly. As such, I am requesting that the court summarily enforce the settlement agreement by entering a money judgment as called for in the on-the-record settlement or, in the alternative, clarify the scope of the confidentiality clause to allow me to move for entry of judgment on the specific amount.

I will provide a proposed judgment if the Court clarifies that I am allowed to do so by the terms of the confidentiality clause.

Dated: December 24, 2019                    By: /s/ David Harold Moore
                                                 David Harold Moore

                                                 Defendant and Counterclaimant

# DECLARATION

I, David Harold Moore, declare as follows:

1. I am over 18 years old and I make this declaration on the basis of my personal knowledge of the facts set forth below, with the exception of whichever facts may be stated on information and belief. Nonetheless, I believe those facts to be true. If called upon to testify, I could and would testify competently in support of each and every single fact stated herein.

2. I am the self-represented plaintiff in this case, and write and file this declaration in support of the attached motion.

3. Pursuant to Civil Local Rule 7-5(a), I declare that all factual contentions made in support of my attached motion are true and correct.

4. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 24, 2019          By: /s/ David Harold Moore
                                                         David Harold Moore

                                                         Defendant and Counterclaimant