Heather M. Sager, Bar No. 186566
HSager@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Plaintiffs
STEEP HILL LABORATORIES, INC. and
JMICHAELE KELLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEEP HILL LABORATORIES, INC., and JMICHAELE KELLER,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DAVID H. MOORE, an individual, and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 3:18-cv-00373-LB<br><br>PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO ENTER MONEY JUDGMENT PURSUANT TO SETTLEMENT AGREEMENT<br><br>Date:　　January 30, 2020<br>Time:　　9:30 a.m.<br>Judge:　　Hon. Laurel Beeler |

　　　　Plaintiff Steep Hill Laboratories, Inc. ("Plaintiff") has complied with the its obligations pursuant to the Settlement Agreement entered into the record of the above-referenced matter. Therefore, Defendant David H. Moore's ("Defendant") Motion to Enter Money Judgment Pursuant to Settlement Agreement (the "Motion") is moot because Plaintiff has complied with the terms of the settlement agreement.

／／／

／／／

／／／

／／／

／／／

1      It is Plaintiff's understanding that Defendant intends to withdraw his Motion.

2      DATED: January 15, 2020          **PERKINS COIE LLP**

By: /s/Heather M. Sager
      Heather M. Sager

Attorneys for Plaintiffs
STEEP HILL LABORATORIES, INC. and
JMICHAELE KELLER